MARTHA STANLEY                    )
                                 )
        v.                       ) NO. 3:03-0284
                                 ) JUDGE ECHOLS
WILSON COUNTY, et al.            )

<u>ORDER</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Brian Hughey, M.D.'s Motion for Summary Judgment (Docket Entry No. 172) is hereby GRANTED. Defendant Brian Hughey, M.D.'s Motion for Oral Argument on Defendant's Motion for Summary Judgment (Docket Entry No. 192) is hereby DENIED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.


_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE